JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No. 5:23−cv−01840−JGB−SHK<br><br>*Assigned to the Honorable Jesus G. Bernal*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: July 28, 2023 |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties to this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. All existing dates and deadlines in this matter are vacated. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: July 22, 2025

HON. JESUS G. BERNAL
UNITED STATES DISTRICE JUDGE